**Order entered June 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01166-CV

### JOHN GLAD, Appellant

### V.

### JAMES PATTERSON RAMSEUR AS GUARDIAN OF THE
### ESTATE AND PERSON OF JULIA DIXON RAMSEUR, Appellee

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-2022-1**

## ORDER

Before the Court is appellant's June 6, 2013 Motion to Receive Requested Attachment – Corrected. We treat appellant's motion as a motion to file a corrected brief with the corrected brief attached. We **GRANT** appellant's motion. We **ORDER** the corrected brief tendered to this Court on June 6, 2013 filed as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE